# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

       v.                        Crim. No. 20-225 (APM)

**EMMANUEL SUMO**

## MOTION FOR A MISTRIAL

Counsel for defendant Sumo, respectfully requests the Court enter an Order of Mistrial and terminate the current proceedings. In support of this Motion the defendant states:

1. As the Trial proceeds with the present courtroom configuration of Jury members seated in the Gallery, testifying witnesses seated in the jury box, counsel seated with one's back to the Jury and examination of witnesses by counsel and the government located at a podium, the placement of which faces the jury box but disallows a view of the gallery during witness examination and cross examination;

2. As the Trial proceeds the unnatural and unusual configuration precludes counsel from meaningfully observing the jury in a way counsel has done for forty years of criminal trial jury trials;

3. It has precluded counsel from establishing a "trust" relationship with members of the Jury;

4.     It has become increasingly obvious that counsel cannot making Trial defense decisions,  based on conscious and unconscious observations of the jury and defense perceptions of how the Jury members react to testimony and physical evidence;

5.     Counsel has turned around to observe the Jury.  This presents a very strange view to Jury members when all other counsel are faced away from the Jury;

6.     It is also difficult to observe whether Jury members are awake and listening to the testimony;

7.     Counsel learned last night that a Trial is proceeding before Chief Judge Howell with normal, non-covid courtroom configuration;

8.     Counsel moves this Court to grant a mistrial to preclude a further miscarriage of justice or at a minimum moves this Court to reconfigure the Courtroom to permit a more normal Trial;

9.     Counsel understands this is a novel issues brought on by conditions beyond our control. Counsel could not raise this issue earlier as the prejudicial effect of the unnatural configuration has been cumulative. It is unnatural to proceed in the manner we are now proceeding.  The inability to effectively represent a defendant under these circumstances becomes more apparent each day as the Trial proceeds.

**WHEREFORE** the defendant now requests the Court enter an Order for Mistrial or at a minimum remove the Covid Protocols that disallow meaningful defense representation of Mr. Sumo and observation of the Jury.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq. D.C. Bar 273 276
Appointed by the Court for Emmanuel Sumo
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com